I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-20-12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUL 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIS S. STONE,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　Respondent. | Case No. CV 12-2131-JFW (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: 7/19/12

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE