ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-20-12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIS S. STONE,<br><br>Petitioner,<br><br>vs.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>Respondent. | Case No. CV 12-2131-JFW (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 7/19/12

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE